**No. 10-5171. In re Jimmy Harris, Petitioner.**

562 U.S. 1058, 131 S. Ct. 684, 178 L. Ed. 2d 474, 2010 U.S. LEXIS 9242.

November 29, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 10-5365. Gerard D. Grandoit, Petitioner v. Benjamin J. Gilson, et al.**

562 U.S. 1058, 131 S. Ct. 684, 178 L. Ed. 2d 474, 2010 U.S. LEXIS 9194.

November 29, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 10-5817. Chris Jacobs, Petitioner v. Peter Huibregtse, Warden.**

562 U.S. 1058, 131 S. Ct. 685, 178 L. Ed. 2d 474, 2010 U.S. LEXIS 9381.

November 29, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 10-5946. Barbara Robinson, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 1058, 131 S. Ct. 685, 178 L. Ed. 2d 474, 2010 U.S. LEXIS 9141.

November 29, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 10-6316. In re LaVern Berryhill, Petitioner.**

562 U.S. 1059, 131 S. Ct. 685, 178 L. Ed. 2d 474, 2010 U.S. LEXIS 9270.

November 29, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 10-6386. In re Frank Watts, II, Petitioner.**

562 U.S. 1059, 131 S. Ct. 685, 178 L. Ed. 2d 474, 2010 U.S. LEXIS 9266.

November 29, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 10-6576. Karl E. White, Petitioner v. G. Michael Green, et al.**

562 U.S. 1059, 131 S. Ct. 685, 178 L. Ed. 2d 474, 2010 U.S. LEXIS 9172.

November 29, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until December 20, 2010, within which to pay the docketing fees required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 382 Fed. Appx. 199.

**No. 10-6652. Christopher Hayden, et ux., Petitioners v. Anthony E. D'Amico, et al.**

562 U.S. 1059, 131 S. Ct. 685, 178 L. Ed. 2d 474, 2010 U.S. LEXIS 9185,

November 29, 2010. Motion of petitioner for leave to proceed in forma paup-

eris denied. Petitioner is allowed until December 20, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

### No. 10-6837. Marcia Lorraine Madden, Petitioner v. United States, et al.

562 U.S. 1059, 131 S. Ct. 686, 178 L. Ed. 2d 475, 2010 U.S. LEXIS 9329.

November 29, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until December 20, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

### No. 10-6870. Matthew Bradley Kellner, Petitioner v. California.

562 U.S. 1059, 131 S. Ct. 686, 178 L. Ed. 2d 475, 2010 U.S. LEXIS 9274.

November 29, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until December 20, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

### No. 10-7114. Mustafa Redzic, Petitioner v. United States.

562 U.S. 1059, 131 S. Ct. 686, 178 L. Ed. 2d 475, 2010 U.S. LEXIS 9217.

November 29, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until December 20, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court. Justice Kagan took no part in the consideration or decision of this motion.

Same case below, 569 F.3d 841.

### No. 10-7240. Larry Billian, Petitioner v. United States.

562 U.S. 1059, 131 S. Ct. 686, 178 L. Ed. 2d 475, 2010 U.S. LEXIS 9383.

November 29, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until December 20, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 383 Fed. Appx. 538.

### No. 10-235. CSX Transportation, Inc., Petitioner v. Robert McBride.

562 U.S. 1060, 131 S. Ct. 644, 178 L. Ed. 2d 475, 2010 U.S. LEXIS 9272.

November 29, 2010. Motion of the Association of American Railroads for leave to file a brief as amicus curiae granted. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit granted.

Same case below, 598 F.3d 388.